# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132086

PEOPLE OF THE CITY OF GRAND RAPIDS,
      Plaintiff-Appellee,

v

BRIAN VAN FAROWE,
      Defendant-Appellant.

SC: 132086
COA: 270007
Kent CC: 05-011591-AR
61st DC: 04-OM-3282

_____/

      On order of the Court, the application for leave to appeal the August 7, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

d1120

Clerk